# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LANAE BIGGS,<br><br>　　　　　　Defendant. | 8:19CR21<br><br>**ORDER** |

　　　　This matter is before the court on defendant's Unopposed Motion for Extension of Pretrial Deadline [33]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 30-day extension of time in which to file pretrial motions. Pretrial motions shall be filed by June 17, 2019.

　　　　**IT IS ORDERED:**

　　　　1.　　Defendant's Unopposed Motion for Extension of Pretrial Deadline [33] is granted. Pretrial motions shall be filed on or before June 17, 2019.

　　　　2.　　The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and June 17, 2019, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

　　　　Dated this 20th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge